IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

INTEGRATED VEHICLE SOLUTIONS
GROUP, LLC,

    Plaintiff,

v.

    2017 C _____

RICK CASE ENTERPRISES, INC.,

      Defendant.

    **COMPLAINT AT LAW**

   NOW COMES the Plaintiff, Integrated Vehicle Solutions Group, LLC, by its attorney, Mark C. Metzger, for its Complaint at Law against the Defendant, Rick Case Enterprises, Inc., states as follows:

**The Parties**

   1. The Plaintiff, Integrated Vehicle Solutions Group, LLC ("IVSG") is a Delaware LLC that provides software and support services to a variety of automobile dealerships. The principal offices of IVSG are located within the Northern District of Illinois.

   2. The Defendant, Rick Case Enterprises, Inc. ("Rick Case") is a Florida corporation owned and/or controlled by Richard Case and his wife, Rita Case. Rick Case operates at least fifteen (15) automobile dealership locations for various manufacturers in certain Georgia, Ohio and Florida markets.

**Jurisdiction**

3.     This Court has jurisdiction pursuant to 28 U.S.C. §1331 because there is a federal question presented by Count V and the breach of 17 U.S.C. §501. This Court also has jurisdiction pursuant to 28 U.S.C. § 1332, because the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

**Industry Background**

4.     The business of selling and servicing automobiles, like most other businesses, has become highly dependent on computer hardware and software systems that serve the unique needs of an automobile dealership.  Over the course of the last twenty-five years, through consolidation and other efforts, the vast majority of automobile dealers in the United States have settled on one of two primary software platforms to oversee and manage their businesses.  Reynolds and Reynolds, a privately held corporation, is the provider of one platform.  CDK Global ("CDK"), a public company, provides the other. The product category for both is normally described as "dealer management systems" or "DMS".

5.     These two DMS platforms are incompatible with one another and migration from one platform to the other is often so difficult and expensive that it is very rarely pursued. The historical result was that dealers were locked into the feature set contained in their chosen DMS.  The desire of dealers to do more with

2

such systems created a bustling market for third-party ancillary software programs and services that extend the functionality of the DMS in many ways.

6.     Historically, many third-party software and service providers, including IVSG, built businesses out of helping automobile dealers make more effective use of the information and data locked in each dealer's DMS.  These offerings include tools to enhance user productivity, provide management reports and data polling services on the data stored in the DMS that go well beyond the reports offered in the DMS and include programs that provide additional functionality, improve operations, and promote the sales of ancillary products such as extended warranties and other services by leveraging data in the DMS.

7.     The two major DMS providers have never been completely pleased with the existence and offerings of these third-party software and service providers, except for the ones they've purchased and integrated along the way.  They have taken various measures to try to thwart these third-party efforts that have included altering the DMS connection points used by the third-party providers, demanding excessive fees for DMS access, and insisting on contract terms to limit the ability of the third-party providers to help dealers work effectively with the dealers' own data.

8.     In 2011 and 2016, CDK (under its prior name, ADP Dealer Services) initiated formal campaigns with dealers, including Rick Case, to identify and remove any "unauthorized" third-party software programs installed on the DMS

(where "unauthorized" means software provided by third parties that were not paying DMS access fees to CDK).

9.     IVSG's software was considered by CDK to be "authorized" because IVSG entered a formal agreement with ADP Dealer Services in January 2011 and renewed in 2012 and 2014 to allow Rick Case and other IVSG-using dealers to continue to use IVSG software through an approved DMS access account.

10.     IVSG has paid a monthly DMS access fee to CDK each month since January 2011 to allow the continued installation and use of the IVSG software programs by Rick Case.

**Facts Common to All Counts**

11.     Among other things, IVSG is an approved provider of third-party ancillary software and services to automobile dealerships including some of the top ranked 50 USA auto retailers using the CDK DMS. That status means that IVSG is able to make direct connection to the DMS and includes an ability to have secured access to the DMS server for each automobile dealership that is a mutual customer of both CDK and IVSG to install, configure and provide ongoing support for the IVSG software programs and services.

12.     The software offerings of IVSG include the totality of programs and services previously offered separately by Netlink Software Group America, Inc., TOG Inc., VinPlus Inc., Bill Russo, and IVSG, including all software and services connected to the DMS under the names "DPG", "Dealer Profit Generator",

"Manager Helper" and "DealerView." IVSG is the sole and only owner of all DMS-related and DMS-connected software offered or provided by any of these persons or entities and under these names since 2010 and at all time relevant herein, along with all copyrights thereto.

13.     IVSG's CDK-approved suite of software consists of more than 140 software programs, some dating back to 1999, that extend the functionality of the CDK DMS in many ways that automobile dealers find valuable enough that they pay monthly license fees per location for the right to use some or all of those programs.  IVSG offers all of that software under the name IVSG Dealer Profit Generator/Manager Helpers or IVSG DPG. IVSG licenses individual programs or bundled packages of the software to various automobile dealers.

14.     In certain user login parts of the DMS, the IVSG DPG/Manager Helper software programs offer an IVSG menu screen from which the DMS user can select from among various options to launch different programs relevant to that departmental area of the DMS.  The IVSG menu screens each have a title line that includes the words, "Accounting Manager Helper", "Sales Manager Helper", "Service Manager Helper" , "Parts Manager Helper" , or  "Payroll  Manager Helper"  which has caused the IVSG DPG/Manager Helper software programs to sometimes be referred to as "DPG Programs", "helper programs" or "Manager Helpers".

15.     In 2010, Rick Case first entered into a software license agreement with IVSG to permit some of its dealer locations to make use of the IVSG

5

DPG/Manager Helper software programs. Between 2010 and 2016, Rick Case expanded its use of the IVSG software to the point that it was using more than 140 individual software programs and IVSG was supporting Rick Case with more than 1,400 user logons.

16. In 2016, CDK's announced its latest effort to destroy the market for third party DMS add-on software from providers not paying sums to CDK, which took the form of substantial revisions to the CDK "Drive" platform. These revisions to the CDK platform required that the IVSG software be partially rewritten and completely recompiled on a dealer-by-dealer basis in order for the IVSG software to continue to be able to operate on this new version of the CDK DMS platform. Thus, once Rick Case made the decision to upgrade its DMS to CDK's latest Drive release, it needed IVSG to update the IVSG software programs in order to be able to continue using them.

17. Beginning in February 2016, and at the specific request of Rick Case leadership, IVSG had many discussions with Rick Case management relating to their plans to upgrade their DMS. At the written request in June 2016 of Tim Ingerson, the then-Chief Financial Officer of Rick Case and Ray Wiles, the then-Chief Information Officer of Rick Case, IVSG presented a formal statement of work and proposal to rewrite, recompile and migrate, in coordination with CDK, all of the IVSG DPG/ Manager Helper software programs and make them compatible with CDK's newest DMS Drive platform release. Those discussions resulted in IVSG generating invoice number 14167 to Rick Case on June 30, 2016

6

for the update, re-compilation and migration of more than 140 IVSG

DPG/Manager Helper programs to achieve new DMS compatibility (along with

CDK authorization for use of the IVSG software in conjunction with new DMS)

for the sum of $37,400.  See Exhibit A, a true and correct copy of that invoice.

18.     Importantly, that invoice also offered a $16,000 discount on the

update, recompilation and migration fees in exchange for Rick Case entering into a

new two-year minimum term license agreement dated June 27, 2016 for the IVSG

DPG/Manager Helper software programs (Exhibit B).  This agreement established

a new license fee for the newly-updated and recompiled IVSG software, setting a

rate of $525 per Rick Case dealer location per month. In other words, IVSG

offered Rick Case $16,000 in savings on the upgrade and recompilation work in

exchange for a new, two-year agreement at a slightly higher price, meaning that

Rick Case could secure the required recompilation and migration for $21,400 if

Rick Case also agreed to the new two-year license terms.

19.     Rick Case paid the $21,400 sum and IVSG fully completed the

software update, recompilation and migration work per the submitted statement of

work.  Importantly, the completion of that work left only the new IVSG software

on the Rick Case DMS; the earlier versions were entirely replaced.

20.     Throughout the summer and fall of 2016, the IVSG President and

CEO, Peter Leger, repeatedly communicated with Tim Ingerson CFO at Rick Case

to obtain a signed copy of the two-year software license agreement.  He was

repeatedly stonewalled or advised that Rita Case was "reviewing it" or was "about

to sign it" but Ingerson clearly indicated to Leger throughout the communications, "don't worry all is good".

21.     After making no progress for months, Leger became frustrated and sent progressively more aggressive email messages to the Rick Case CFO, Tim Ingerson.  In part, these messages began more forcefully pointing out that IVSG was entitled to either the signed two-year license agreement or the payment for the wrongfully-taken $16,000 discount for the update, recompilation and migration of the IVSG software to the new CDK Drive DMS platform.

22.     Apparently irritated with the escalating process, Ingerson admitted in a November 16, 2016 email message back to Leger that Rick Case was involved in negotiations with CDK to permit the continued use of the IVSG DPG/Manager Helper programs by Rick Case.

23.     Leger scored this revelation as bizarre, since CDK neither has, nor has never had, any rights in or to the IVSG DPG/Manager Helper programs and CDK is actually something of a competitor. Also, and unbeknownst to Rick Case personnel, the use of the IVSG software by Rick Case in conjunction with the new CDK platform also required monthly payments from IVSG to CDK in order to permit those programs to continue to function with the DMS. IVSG has paid those fees to CDK for Rick Case to use the updated IVSG software each month since July 1, 2016, just as it did for  the prior versions since January 2011.

24.     By late December 2016, Leger's threats offered an ultimatum to Ingerson: provide the signed two-year license agreement or IVSG would remove all of the IVSG software from the Rick Case computers.

25.     On January 11, 2017, Leger escalated his complaints again, this time in a detailed email message directly to Rita Case. He did so both in an effort to obtain relief and because Rita Case had, by then and for reasons unknown to IVSG, abruptly terminated Tim Ingerson as CFO and personally took on the CFO role.

26.     In response, Rita Case expressed confusion about the demands made by IVSG and stated her belief that Rick Case actually owned all of the IVSG software programs. She offered neither a rationale nor any supporting evidence for that position, which is perfectly understandable, since there was none. And indeed, Rick Case and other automobile dealers have been paying IVSG for the right to use these programs on a monthly basis continuously since at least 2010.

27.     On or about January 13, 2017, Rita Case organized a meeting with Rick Case managers and CDK personnel to determine how Rick Case might replace the IVSG software with CDK software offerings or duplicate their functionality with expanded CDK DMS features, which clearly demonstrated her understanding that Rick Case did not own the DPG/Manager Helper software, despite her statements to Leger.

28.     In January and early February 2017, in response to Leger's multiple follow up emails, Rita Case offered to Peter Leger a "crazy quilt" of purported

9

justifications for Rick Case paying nothing further to IVSG for the continued right to use the more than 140 IVSG DPG/Manager Helper software programs. These included her contention that Rick Case had "paid enough" to use the IVSG software. She also stated that Rick Case engaged Bill Russo, a then-IVSG member and consultant to update a very small portion of the IVSG software and that, in doing so, the ownership of all of IVSG's software somehow transferred to Rick Case.

29.     Leger wrote to Rita Case shortly thereafter, explaining in detail that only IVSG owned the IVSG DPG/Manager Helper software programs and all rights to all of it, and that Rick Case acquired no ownership or other rights by virtue of the work done by Bill Russo. He also explained that the ongoing obligation of Rick Case to pay IVSG was in exchange for rights to use the newly-updated IVSG DPG/Manager Helper software programs on a monthly basis at the rate of $525 per Rick Case location going back to July 1, 2016 and that there was a $16,000 payment owed if the two-year license and order form agreements remained unsigned.

30.     In subsequent email exchanges in February 2017, Leger again demanded a signed version of the updated license and order form agreements, offering in the alternative to simply remove the IVSG DPG/Manager Helper software programs and part ways with Rick Case, provided the unpaid license fees and update, recompilation and migration fees were paid in full immediately.

31. IVSG never received the signed two-year license agreement nor did it ever receive the remittance of the $16,000 discount Rick Case took in exchange for its commitment to enter into that agreement.

32. When the February 2017 monthly license fee invoice for use of the new IVSG software went unpaid, Leger ordered the removal of the IVSG software from the DMS at Rick Case. Leger was advised by his technical staff that IVSG's access to the DMS at Rick Case was now blocked by Rick Case with no formal or prior notification to IVSG, presumably to prevent just this sort of action.

33. Rick Case has continued to use the IVSG software programs since January 2017 and continues to use them today. No license fee payment has been made to IVSG for the use of the IVSG software programs since February 2017, the wrongfully taken discount has not been paid and the only payments made by Rick Case for the use of the IVSG software has been the partial payments on the July 2016 through January 2017 invoices.

## Count I
### Breach of Express Contract to Enter Agreement
### Recovery of Unearned Discounts and Increased License Fees

1. The Facts Common to all Counts are incorporated by reference.

2. The June 30, 2016 invoice from IVSG was an offer of a $16,000 discount on the cost of updating, recompiling and migrating the IVSG software work in exchange for Rick Case entering into a new two-year license agreement for the newly-updated software.

11

3. The payment by Rick Case of the discounted total on the invoice created an obligation by Rick Case to enter into the new license agreement.

4. Rick Case never entered the two-year license agreement.

5. The failure of Rick Case to enter the software license agreement constitutes a breach of that contract.

6. IVSG fully performed all obligations it had under that contract.

7. The measure of damages is that sum that would make IVSG whole. IVSG would be made whole by Rick Case remitting the $16,000 discount it wrongfully took without performing its obligations and paying the monthly license fees at $525 per location from July 1, 2016 to January 31,2017 and payment of unpaid license fees from February 2017 to date.

**WHEREFORE**, the Plaintiff, Integrated Vehicle Solutions Group, LLC prays that judgment be entered in its favor and against Rick Case Enterprises, Inc. in the amount of $16,000 plus $4,200 for increased license fee rates from July 1,2016 to January 31,2017 and unpaid license fees of $47,250 from February 2017 to present together with statutory pre-judgment interest, attorneys' fees, costs and such other sums as the Court determines are just and appropriate.

## Count II
### Breach of Oral Contract to Enter Agreement
### Recovery of Unearned Discounts and Increased License Fees

1. In the alternative to Count I, IVSG pleads as follows:

2. The Facts Common to all Counts are incorporated by reference.

3.      The June 30, 2016 invoice from IVSG was an offer of a $16,000 discount on the cost of updating, recompiling and migrating the IVSG software work in exchange for Rick Case entering into a new two-year license agreement for the newly-updated software.

4.      In June of 2016, in conjunction with the issuance and payment of the June 30, 2016 invoice and during the course of the work to be completed thereunder, Tim Ingerson, then the Chief Financial Officer of Rick Case repeatedly committed on behalf of Rick Case to enter the two-year software license agreement with IVSG described on the June 30, 2016 invoice.

5.      As a corporate officer of Rick Case, Ingerson had apparent and/or actual authority to enter agreements on behalf of and bind Rick Case.

6.      The words and deeds of this corporate officer therefore completed a contract to enter into the two-year software license agreement.

7.      IVSG fully performed all obligations it had under that contract.

8.      The measure of damages is that sum that would make IVSG whole. IVSG would be made whole by Rick Case remitting the $16,000 discount it wrongfully took without performing its obligations and paying the monthly license fees at $525 per location from July 1,2016 to January 31, 2017 and payment of unpaid license fees from February 2017 to date.

WHEREFORE, the Plaintiff, Integrated Vehicle Solutions Group, LLC prays that judgment be entered in its favor and against Rick Case Enterprises, Inc. in the amount of $16,000 plus $4,200 for increased license fee rates from July

1,2016 to January 31,2017 and unpaid license fees of $47,250 from February 2017 to present together with statutory pre-judgment interest, attorneys' fees, costs and such other sums as the Court determines are just and appropriate.

## Count III
### Breach of Implied Contract/Unjust Enrichment

1.     In the alternative to Counts I & II, IVSG pleads as follows:

2.     The Facts Common to all Counts are incorporated by reference.

3.     The June 30, 2016 invoice from IVSG was an offer of a $16,000 discount on the cost of updating, recompiling and migrating the IVSG software work in exchange for Rick Case entering into a new two-year license agreement for the newly-updated software.

4.     The payment by Rick Case of the discounted total on the invoice constituted acceptance of that offer by Rick Case.

5.     Rick Case never signed the two-year license agreement.

6.     Rick Case has been unjustly enriched by taking the $16,000 discount associated with an obligation to enter into the two-year license and its higher monthly fees, but never actually entering into that agreement.

7.     IVSG has inequitably suffered a loss in the form of the $16,000 discount being taken with none of the intended benefit in the form of an assured stream of revenue at a higher monthly rate from the two-year license contract commitment.

14

8.    By reason of the unjust enrichment of Rick Case, the Court should imply the existence of a contract between IVSG and Rick Case on the terms expressed in the invoice adjacent to the $16,000 discount: entry into the proffered two-year license commitment for the updated software that also called for monthly fees of $525 per location per month.

9.    Based on the foregoing facts, Rick Case is in breach of that implied contract because it ceased making the required license payments for the software after January 2017.

10.    IVSG fully performed its obligations under that contract.

11.    IVSG has suffered damages in the form of the lost payments.

12.    The monthly obligation under the contract was for $7,875 per month to cover all 15 Rick Case locations.

13.    If the Contract began on July 1, 2016, IVSG would be entitled to twenty-four (24) such payments, for a total of $189,000.

14.    Rick Case only made six payments at $485 per location (15), for a total of $50,925.

15.    The measure of damages to IVSG is thus the difference, or $138,075.

WHEREFORE, the Plaintiff, Integrated Vehicle Solutions Group, LLC prays that judgment be entered in its favor and against Rick Case Enterprises, Inc. in the amount of $138,075 together with statutory pre-judgment interest, attorneys' fees, costs and such others sums as the Court determines are just and appropriate.

**Count IV**

15

### Quantum Meruit – Payment for Use and/or Possession of Software

1.     The facts common to all counts are incorporated by reference.

2.     The upgraded IVSG software has been on the Rick Case DMS continuously since July 1, 2016.

3.     Rick Case has used the IVSG software continuously since July 1, 2016 and has gained commercial advantage from doing so.

4.     It is unjust for Rick Case to have use, to continue to use and to retain the IVSG software and not make the full license fee payments for the use thereof.

5.     IVSG is entitled to receive as damages, under the theory of Quantum Meruit, as much as it deserves.

6.     Rick Case management over the course of time, including Joe Suit CFO, Phil Lynch Controller, Tim Ingerson CFO and Ray Wiles CIO and numerous staff personnel in all functional dealership departments have advised IVSG on and off over the past 7 years since the IVSG software was first installed in 2010, that their use of the IVSG software programs have saved wasted costs and/or generated incremental revenue and gross profit for Rick Case amounting to approximately $5 Million.

7.     The undiscounted commercial market value of using the IVSG software programs used at Rick Case, if licensed individually is $5,460 per location per month, computed at an average of $39 per program per month per location, when considering their use without a term license commitment and

without factoring in any discount associated with licensing more than one in combination as part of a long-term license commitment.

8.      IVSG is therefore entitled to $5,460 per month for each Rick Case location, because Rick Case has made unlicensed use of the IVSG DPG/Manager Helper software programs since July 2016.

WHEREFORE, the Plaintiff, Integrated Vehicle Solutions Group, LLC prays that judgment be entered in its favor and against Rick Case Enterprises, Inc. in the amount of $1,013,775 (representing the thirteen months of unlicensed use since July 1, 2016, less the $50,925 Rick Case paid for the first portion of that time frame), which sum continues to grow, together with statutory pre-judgment interest, attorneys' fees, costs and such others sums as the Court determines are just and appropriate.

### Count V
### Copyright Infringement – Use & Possession

1.      In the alternative to Count IV, IVSG pleads as follows:

2.      The facts common to all counts are incorporated by reference.

3.      The continued use and possession of the IVSG software by Rick Case infringe on the copyrights held and owned by IVSG and therefore violated 17 U.S.C. §501, et seq. That is, the continued unlicensed use and possession of the IVSG software by Rick Case constitutes an infringement of the copyrights of IVSG.

4.      The IVSG software provides marketplace advantages to its users in the form of expense savings and enhanced revenues and gross profit.

17

5.     The undiscounted commercial market value of using the IVSG software programs used at Rick Case, if licensed individually is $5,460 per location per month, computed at an average of $39 per program per month per location, when considering their use without a term license commitment and without factoring in any discount associated with licensing more than one in combination as part of a long-term license commitment.

6.     IVSG is therefore entitled to $5,460 per month for each Rick Case location, because Rick Case has made unlicensed use of the IVSG DPG/Manager Helper software programs since July 2016.

7.     Rick Case management personnel have advised IVSG on and off over the years since the IVSG software was first installed, that their use of the IVSG software has saved and/or generated millions of dollars for Rick Case.

8.     By reason of that infringement, and pursuant to 17 U.S.C. §504(b), IVSG is entitled to that sum of money representing IVSG's actual damages in the form of lost license fees without respect to any discounting for term of commitment or bundling, PLUS the profits of Rick Case for that time frame.

WHEREFORE, the Plaintiff, Integrated Vehicle Solutions Group, LLC prays that judgment be entered in its favor and against Rick Case Enterprises, Inc. in the amount of $1,013,775 (representing the thirteen months of unlicensed use since July 1, 2016, less the $50,925 Rick Case paid for the first portion of that time frame), which sum continues to grow, plus the profits of Rick Case for that

time frame, together with statutory pre-judgment interest, attorneys' fees, costs and such others sums as the Court determines are just and appropriate.

## Count VI
## Replevin

1.      The facts common to all counts are incorporated by reference.

2.      IVSG is the absolute owner of the DPG/Manager Helper software programs and other IVSG software installed on the DMS at Rick Case.

3.      The IVSG software programs are of a unique and identifiable character.

4.      The IVSG software programs can be removed without interrupting the ability of Rick Case to otherwise make use of the DMS.

5.      The IVSG software has remained on the Rick Case DMS without payment of license fees since February 2017.

6.      In early 2017, Rick Case personnel changed, or caused to be changed, the access rights of IVSG to the Rick Case DMS.

7.      The access of IVSG to the DMS was interrupted in order to prevent IVSG from removing the software belonging to IVSG.

8.      IVSG is entitled to have the IVSG software removed from the Rick Case DMS and all backup copies thereof and to the return of all IVSG proprietary user and technical documentation still held by Rick Case.

WHEREFORE, the Plaintiff, Integrated Vehicle Solutions Group, LLC prays that an Order of Replevin be entered in its favor and against Rick Case

Enterprises, Inc. compelling Rick Case to (1) immediately remove all IVSG software from the DMS serving Rick Case, (2) immediately return to IVSG all proprietary user and technical documentation for the IVSG software, (3) restore the ability of IVSG to access the Rick Case DMS in order to either confirm the removal of the IVSG software or directly remove the IVSG software programs and (4) such other relief as the Court deems just and appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY

Respectfully submitted,

_____

One of the attorneys for the Plaintiff, Integrated Vehicle Solutions Group, LLC

Mark C. Metzger
Law Office of Mark C. Metzger
1807 W. Diehl Rd., Suite 105
Naperville, IL 60563
630-615-6380

**IVSG, LLC**
800 Roosevelt Rd.
 Suite A240
 Glen Ellyn, IL  60137
(630)858-8414x1002
mike.krueger@ivsgllc.com



# INVOICE

**BILL TO**
Rick Case Automotive Group
15700 Rick Case Honda Way
Davie, FL  33331

**INVOICE #** 14167
**DATE** 06/30/2016
**DUE DATE** 06/30/2016
**TERMS** Due on receipt

| ACTIVITY | AMOUNT |
|---|---|
| **Services**<br>Re-Compilation of 159 DPG / Manager Helper programs (approximately 1,400 user logons across 15 rooftops and HQ) and standardization in conformity with June 13, 2016 migration to CDK Drive DMS<br>(136 hours @ $275) (note: billed rate reflects discount from T&M market rate per agreement), 1 @ $37,400.00 | 37,400.00 |
| **Services**<br>Additional discount of 42.7% based on the acceptance and payment by Rick Case Automotive Group of the SOW costs outlined above and in accordance with the terms and conditions included in the Integrated Vehicle Solutions Group LLC Software License Agreement and Order Form dated June 27, 2016, 1 @ $ -16,000.00 | -16,000.00 |

Thank you for your business!

BALANCE DUE **$21,400.00**



EXHIBIT

A

# Integrated Vehicle Solutions Group LLC (IVSG)
## Software License Terms and Conditions

These License Terms and Conditions govern the relationship between Integrated Vehicle Solutions Group LLC (IVSG), a Delaware limited liability company (hereinafter referred to as "Licensor") its Affiliates, and Rick Case Auto Group identified on the attached IVSG Software Products Order Form and any future orders (hereinafter referred to as "Customer").

**1. Agreement:** The Agreement between the parties consists of the executed IVSG Software Products Order Form, these Terms and Conditions, and, where applicable, the Software Maintenance and Support Terms and Conditions contained herein. The term "Software Products" means the proprietary software program(s) identified in the IVSG Software Products Order Form, all related materials, technical and functional  specifications, and documentation received by Customer from Licensor.

**2. License:** The Software Products provided by Licensor to Customer pursuant to this Agreement, including the use of the Software Products provided by Licensor  are licensed to Customer under this Agreement and remain the sole property of Licensor, including but not limited to all intellectual property rights, object code, software code, trademarks, copyrights and patents associated therewith.  Customer agrees not to disassemble or reverse engineer, directly or indirectly with any agents of the Customer, any of the Software Products provided by Licensor or used by Licensor in delivery of Products and Services to Customer.  Nothing in this Agreement shall grant Customer any ownership rights to these Software Products.  Licensor grants to Customer a non-transferable, non-exclusive license to use the Software Products in accordance with the terms, conditions, restrictions and/or limitations of the Agreement. "User" means any natural person who makes use of the Software Products. "Copy" and "Copies" include any copy of the Software Products, including copies stored temporarily in the memory of any computer. Where the Software Products is licensed for a number of Users and/or rooftops, copies may be made as necessary to allow that number of Users and/or rooftops to make use of the Software Products. Any copy made that enables a greater number of Users and/or rooftops to make use of the Software Products is unauthorized. A person and/or rooftop who ceases being a User and within one month again becomes a User is deemed to have been a User during the entire period. Customer is responsible for maintaining accurate records of the identities of all Users and/or rooftops authorized under the Agreement. Where the Software Products is licensed on an enterprise basis, copies may be made as necessary to allow any person in the service of the licensed corporation(s) or division(s) to make use of the Software Products in the course of that service. The Software Products may be used in the ordinary business activities of Customer, for Customer internal operations only. Customer shall not sublicense, transfer, or assign the license or Software Products to any other party and agents without the prior written consent of Licensor and payment of applicable license fees.

**3. License Term:** The License granted under the Agreement shall commence as specified in the IVSG Software Products Order Form and shall continue for the term indicated on the IVSG Software Products Order Form unless terminated earlier as otherwise provided herein.  Maintenance as governed by the attached Maintenance and Support Terms and Conditions will be available to Customer for so long as such Software Products are supported by Licensor and Customer has fulfilled all its obligations under this Agreement.

**4. Payment:** All payments incurred under the Agreement shall be due and payable upon receipt from date of invoice from Licensor.

**5. Taxes:** Customer shall pay all sales, use, property, customs, excise or other taxes imposed on Customer irrespective of whether included in any invoice sent to Customer at any time by Licensor; provided, however, that Customer shall not be responsible for any corporate income taxes or franchise fees imposed on Licensor.

**6. Limited Warranty:** Licensor hereby warrants that, for a period of 30 days following the Installation Date for a given dealer of the Software License described in the Order Form, the Software Products are capable of operating substantially in conformance with the Software Products' current published technical and functional specifications. If it is determined that the Software Products do not operate according to such specifications, Licensor's only responsibility will be to use its best efforts to cure the defect. EXCEPT AS PROVIDED IN THIS SECTION, LICENSOR MAKES NO WARRANTIES EITHER EXPRESS OR IMPLIED, AS TO ANY MATTER WHATSOEVER, INCLUDING, AND WITHOUT LIMITATION, THE CONDITION OF THE SOFTWARE PRODUCTS, ITS MERCHANTABILITY, OR ITS FITNESS FOR A PARTICULAR USE.

**7. Liability:** IN NO EVENT SHALL LICENSOR BE LIABLE TO CUSTOMER OR ANY OTHER PARTY FOR ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RELATING TO THE USE OR RISING OUT OF THE USE OF THE SOFTWARE PRODUCTS. LICENSOR'S TOTAL LIABILITY SHALL IN NO EVENT EXCEED THE TOTAL LICENSE FEE ACTUALLY PAID BY THE CUSTOMER FOR THE USE OF THE SOFTWARE PRODUCTS.

**EXHIBIT**

**B**

# Integrated Vehicle Solutions Group LLC (IVSG)
## Software License Terms and Conditions

**8. Indemnity:** Licensor shall indemnify and hold Customer harmless from any final award of costs and damages against Customer for any action based on infringement of any United States patent or copyright as a result of the use of the Software Products; provided Licensor is promptly notified in writing of any such suit or claim against Customer. Licensor shall have no liability or obligation to Customer hereunder with respect to any patent, trademark, copyright or trade secret infringement or claim thereof based upon (i) use of any Software Products in combination with other products or services not provided by Licensor, (ii) any modifications, alterations, or enhancements of any Software Products not created by or for Licensor; (iii) use of the Software Products in a manner inconsistent with the terms of this Agreement or (iv) claim that would not have arisen in the absence of Customer's actions and further provided that Customer permits Licensor to defend, compromise or settle same and gives Licensor all available information, reasonable assistance and authority to enable Licensor to do so.

**9. Non-Disclosure:** Customer understands and agrees that the Software Products and any copies, modifications and/or derivatives, in whole or in part; as well as all copyright, patent, trade secret and other proprietary rights in any of the Software Products, are and shall remain the sole and exclusive confidential property of Licensor. Customer shall exercise at least the same degree of care to safeguard the confidentiality of the Software Products as Customer would exercise to protect Customer's own confidential property. Customer agrees not to disclose, duplicate or otherwise reproduce, directly or indirectly, Software Product in whole or in part or any materials relating thereto. Customer agrees directly or indirectly with any agent not to reverse assemble or reverse compile Software Products in whole or in part. Customer agrees to take all reasonable steps to ensure that no unauthorized persons shall have access to the Software Products and that all authorized persons having access to Software Products shall refrain from any such disclosure, duplication or reproduction.
Any specific transactional data of Customer and/or its dealers that becomes known to Licensor will be considered as confidential information, and maintained as secure and confidential data**.**

**10. Termination:**
This agreement is for a two (2) year period from the effective date included in the attached IVSG Software Products Order Form and is renewable on a year to year basis subsequent to the initial two (2) year period.

Termination for Convenience: After the two year anniversary of the execution of this agreement, either party shall have the right to terminate the Agreement without cause upon ninety (90) days' prior written notice. If customer requests early termination of this agreement prior to the expiration of the two (2) year period the following early termination fees will apply: (i) pro rata balance of the 24 month license fees identified on the attached IVSG Software Products Order Form from the requested early termination date. The Customer's obligation of the early termination fees will be paid in full to the Licensor within ten (10) days of early termination date.

Termination for Cause: Either party shall have the right to terminate this Agreement if the other party commits a material breach of this Agreement and fails to remedy such breach within thirty (30) calendar days of receiving written notice via Federal Express or Certified Mail of such breach.

Effects of Termination:  Upon the expiration or termination of this Agreement for convenience or cause, the license and all other rights granted to the Customer hereunder shall immediately cease and Customer shall, as Licensor directs, either (i) coordinate with the Customer's DMS provider to efficiently allow the Licensor to remove all Software Products off the DMS and Customer will return all supporting documentation to Licensor. Notwithstanding the foregoing, Licensor may terminate this Agreement immediately in the event of a material breach of this Agreement by Customer.


**11. General:** This Agreement shall be governed by and interpreted under the laws of the State of Illinois without giving effect to the conflict of laws principles thereof. This Agreement contains the entire understanding and agreement of the parties and supersedes any and all prior and contemporaneous agreements or understandings, oral or written. Except as specifically set forth herein, this Agreement may be amended or terminated only by a written instrument executed by the parties. Any terms of this Agreement, which by their nature, extend beyond the day this Agreement terminates shall remain in full force and effect and shall survive termination.

# Integrated Vehicle Solutions Group LLC (IVSG)
# Maintenance and Support Terms and Conditions

These Software Maintenance and Support Terms and Conditions by and between Integrated Vehicle Solutions Group LLC (IVSG) ("Licensor"), and the party listed on the applicable IVSG Software Products Order Form (the "Customer").

Customer agrees to license and Licensor agrees to provide to Customer maintenance and support for the Software Products listed on the applicable IVSG Software Products Order Form in accordance with the terms and conditions set forth herein.

### 1.    DEFINITIONS.

(a)    **"Error(s)"** shall mean the failure of the Software Products to materially conform to its documentation under the current version release of the of the DMS, CDK Drive June 13, 2016 but excluding nonconformity as a result of modifications made by the Customer to the Software Products, or the use of the Software Products with software or equipment other than that for which the Software Products were originally licensed for use.

(b)    **"License Terms and Conditions"** means the license agreement governing use of the Software Products by Customer.

(c)    **"Maintenance Releases"** means Updates or Upgrades to the Software Products that (i) are generally made available by Licensor to its licensed users of the Software Products; and (ii) do not materially change the functionality of the Software Product as determined by Licensor.

(d)    **"Licensor Support Program"** refers to the technical software support programs offered by Licensor, as further detailed in Section 2 below.

(e)    **"Software Products"** means the proprietary software licensed to Customer under the applicable Order Form

(f)    **"Update(s)"** means a Maintenance Release that contains Error corrections and/or minor functional enhancements.

(g)    **"Upgrade(s)"** means a Maintenance Release that includes substantial functional enhancements and any system modification to the Customer DMS which may impact the normal use of Licensor Software Products. Upgrades do not include new products and/or programs.

Any capitalized terms not defined in this Agreement shall have the meaning set forth in the License Terms and Conditions.

### 2.    CUSTOMER SUPPORT:

(a)    **Licensor Support**:  Licensor shall use reasonable efforts to:
    (i)    Provide telephone and electronic responses to Customer with valid and current support and maintenance contract;
    (ii)    Verify and correct identified program errors in the Software Products;
    (iii)    Maintain and support the then-current Maintenance Release;
    (iv)    Provide to Customer all Error corrections, Updates and Upgrades, when-and-if made generally available to other users of the Software Products;
    (v)    Provide information regarding Integrated Vehicle Solutions Group LLC (IVSG) support resources;
    (vi)    Continue support of the Maintenance Release immediately preceding the then-current Maintenance Release for a period of 180 days of the then-current Maintenance Release offering;
    (vii)    Provide telephone and electronic support regarding the Software Products on Monday through Saturday, excluding designated holidays, from 8:30am to 5:30pm [EST]; support hours requested outside this time zone band will be performed on an IVSG T & M rate of $350/hr.

(b)    **Priority Classification and Response Times**:

Customer requests for support are assigned a priority level, which Licensor uses to gauge the severity of the problem and, thus, the response time. Licensor will classify new support requests as Severity 3 (see P3 Problem Definition and Response

# Integrated Vehicle Solutions Group LLC (IVSG)
# Maintenance and Support Terms and Conditions

Time below), unless otherwise specified by the Customer.  Priority levels of a problem may change throughout the course of resolution, as the criticality of a problem changes.

Licensor uses four levels of problem priority:

(i)     **Severity 1 ("P1") Error Definition:  Critical**
Critical Impact/System Down: IVSG licensed software component is inoperable including any system modification made by DMS provider. This indicates you are unable to use the program using the IVSG licensed software component resulting in a critical impact on operations. This condition requires an immediate solution.
**Note:** All P1 problems must be reported to Licensor via phone and/or email or by selected and agreed to alternative method between the parties.

**Severity 1 ("P1") Response Time:**
Licensor's goal is to call the Customer back within two hours.  The Customer should ensure that he/she will be available to receive the callback.  Use of IVSG email to report a P1 problem will not guarantee a one hour response time.

(ii)    **Severity 2 ("P2") Error Definition:  High**
Significant impact to Customer's business.  Some users unable to authenticate or, as applicable, are unable to operate the application due to a failure in the IVSG licensed software component.  Software Products or application performance is severely degraded or restricted.

**Severity 2 ("P2") Response Time**:
Licensor's goal is to contact the Customer within four (4) hours during normal support hours.

(iii)   **Severity 3 ("P3") Error Definition:  Medium**
Moderate to low impact to Customer's operations; majority of users are able to authenticate; non-critical function or overall performance is degraded; operations not materially impaired; Customer requires information or assistance on product capabilities, installation or configuration of the IVSG licensed software component.

**Severity 3 ("P3") Error Response Time**:
Licensor's goal is to contact the Customer within one business day.

(iv)    **Severity 4 ("P4") Error Definition:  Low**
Low to no impact to Customer's operations; users are able to authenticate; circumvention to the problem caused by the IVSG licensed software component has been found; Customer wishes to submit a request for enhancing product.

**Severity 4 ("P4") Error Response Time**:
Licensor's goal is to contact the Customer within one business day.

Licensor reserves the right to confirm and verify the status of the Customer's account prior to providing support and maintenance services.

**3.     CUSTOMER'S OBLIGATIONS.**

During the term of this Agreement Customer shall:
(a)   Remain current in the Licensor Support Program, as applicable, without interruption;
(b)   Operate the Software at the then-current Maintenance Release;
(c)   Use reasonable efforts to isolate and document errors in the Software to enable Licensor to fulfill its obligations herein; and
(d)   Report all problems (except P1) via their on-line IVSG Customer Support system.  All P1 issues must be reported by phone and/or email to Licensor.

## Integrated Vehicle Solutions Group LLC (IVSG)
## Maintenance and Support Terms and Conditions

**4. LIMITATIONS**

The following items are expressly excluded from IVSG's Customer Support program:

(a) Repair or replacement of Software required as a result of causes other than normal use, including, without limitation, repair, maintenance, alteration or modification of the Software products by persons other than Licensor authorized personnel; accident, fault or negligence of the Customer; operator error or misuse of the Software Products; or causes external to the Software Products such as, but not limited to, failure of electrical systems or fire or water damage.

(b) Repair or replacement required as a result of modifications made by the Customer to the Software Products, or the use of the Software Products with software or equipment other than that for which the Software Products were originally licensed for use.

(c) Repair or replacement required as a result of major modifications to the Customer's DMS made by the DMS provider which negatively impacts the normal and continued use of the of the Software Products, or the use of the Software Products with software or equipment other than that for which the Software Products were originally licensed for use including the current version of DMS, CDK Drive Version June 13, 2016..

(d) Any technical support required as a result of Customer's noncompliance of Section 3 (b) above.

**5. LIMITED WARRANTY AND REMEDIES**

Licensor warrants that it will use reasonable efforts to perform the services to conform to generally accepted industry standards, provided that: (a) the Software Products have not been modified, changed, or altered by anyone other than Licensor; (b) the operating environment, including both hardware and systems software, meets Licensor's recommended specifications; (c) the computer hardware is in good operational order and is installed in a suitable operating environment; (d) Customer promptly notifies Licensor of its need for service; (e) Customer provides adequate troubleshooting information and access so that Licensor can identify and address problems; and (f) all fees due to Licensor have been paid.

THERE ARE NO OTHER WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, WITH RESPECT TO THIS MAINTENANCE AGREEMENT, AND THE SERVICES TO BE PROVIDED BY LICENSOR UNDER IT INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Customer's sole and exclusive remedy and Licensor's only obligation under this warranty is to redo the Services until the Software Products conforms to the most recent specifications produced by Licensor. CUSTOMER ACKNOWLEDGES AND AGREES THAT UNDER NO CIRCUMSTANCES SHALL LICENSOR BE LIABLE FOR ANY LOSS, COST, EXPENSE, OR DAMAGE TO CUSTOMER IN AN AMOUNT THAT COLLECTIVELY EXCEEDS THE ANNUAL MAINTENANCE FEE. CUSTOMER ACKNOWLEDGES AND AGREES THAT LICENSOR SHALL NOT BE LIABLE TO CUSTOMER FOR ANY INDIRECT, INCIDENTAL, PUNITIVE, EXEMPLARY, SPECIAL, CONSEQUENTIAL DAMAGES OR SIMILAR DAMAGES, INCLUDING ANY LOST PROFITS OR LOST DATA ARISING OUT OF THE USE OR INABILITY TO USE THE SOFTWARE EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

CUSTOMER WILL INDEMNIFY, DEFEND, AND HOLD HARMLESS LICENSOR, AND ITS EMPLOYEES, AGENTS, AND CONTRACTORS, AGAINST ANY LOSS, DAMAGE, EXPENSE, OR COST, INCLUDING REASONABLE ATTORNEYS' FEES, ARISING OUT OF ANY THIRD PARTY CLAIM, DEMAND, PROCEEDING OR LAWSUIT RELATED TO CUSTOMER'S UNAUTHORIZED USE OR MISUSE OF THE SOFTWARE.

**6. RIGHT TO WORK PRODUCT**

All error corrections, enhancements, new releases, and any other work product created by Licensor in connection with the support services provided under this Agreement ("Work Product") are and shall remain the exclusive property of Licensor, regardless of whether the Customer, its employees or agents may have contributed to the conception, joined in its development, or paid Licensor for the development or use of the Work Product. Such Work Product shall be considered Software, and subject to the terms and conditions contained herein and in the Software License Terms and Conditions.

## Integrated Vehicle Solutions Group LLC (IVSG)
## Maintenance and Support Terms and Conditions

**The parties hereto have executed this Maintenance and Support Terms and Conditions Agreement through their authorized representatives.**

Agreed to:
**Integrated Vehicle Solutions Group LLC**

Agreed to:
**Rick Case Auto Group**

By: _____

By: _____

Name: _____

Name: _____

Title: _____

Title: _____

Date: _____

Date: _____

**Attachments:**
- **IVSG Order Form Software Product- Rick Case Auto Group**

### The Remainder of this Page is Left Intentionally Blank

**Integrated Vehicle Solutions Group LLC (IVSG)**
**Maintenance and Support Terms and Conditions**

**The Remainder of this Page is Left Intentionally Blank**

© 2016 Integrated Vehicle Solutions Group LLC (IVSG). All Rights Reserved

**Integrated Vehicle Solutions Group LLC (IVSG)**
**Maintenance and Support Terms and Conditions**

**The Remainder of this Page is Left Intentionally Blank**

 **IVSG**

# Integrated Vehicle Solutions Group LLC (IVSG)
### IVSG Order Form Software Product- Rick Case Auto Group

**Integrated Vehicle Solutions Group LLC (IVSG)**

Date:   June 27, 2016

Customer Name: Rick Case Auto group-DPG/Manager Helper Programs

IVSG Contact: Peter Leger

Contract Number: 10082

Bill To: Tim Ingerson
Attention: Accounts Payable

Ship To: Rick Case Auto Group
Attention: Tim Ingerson, CFO

End User: Rick Case Auto Group-15 Rooftops + HQ (Approximately 1,400 User Logons)

       Rick Case Auto Group hereby orders the following IVSG Software Products and agrees to pay the fees and all associated charges indicated in accordance with the Software License Agreement & Maintenance Support Agreement Terms and Conditions and this Order Form unless otherwise agreed in writing by the parties. Pricing is considered to be confidential information between the parties. Until signed by Rick Case Auto Group and accepted by IVSG, the prices on this order are considered to be a quotation which may be revised at any time.

Applicable taxes are additional, and Rick Case Auto Group agrees to pay such charges. Services are invoiced as delivered, and expenses are invoiced as incurred. All payments are due upon date of the IVSG invoice.

This Order Form, together with the Software License Agreement & Maintenance Support Agreement Terms and Conditions and any attached Statements of Work and/or Change Orders, constitutes the entire agreement between the parties with respect to this order and supersedes all prior and contemporaneous communications oral or written.

| One Time Fees per SOW Attached | Price | Discount** | Total Cost | Notes:** |
|---|---|---|---|---|
| Re-Compilation of IVSG's 159 DPG/Manager Helper Programs(Approximately 1,400 User Logons in 15 rooftops and HQ) and standardization upgrades in conformity to the June 13,2016 migration to CDK Drive DMS | $37,400 | $16,000 | $ 21,400 | The IVSG discount 42.7% is applied based on the acceptance and payment by Customer of SOW costs and in accordance with the terms and conditions herein and included in the Integrated Vehicle Solutions Group LLC Software License Agreement to which this Order Form is attached. |

 © 2016 Integrated Vehicle Solutions Group LLC (IVSG). All Rights Reserved          Version 1 2016

 **IVSG**

# Integrated Vehicle Solutions Group LLC (IVSG)
### IVSG Order Form Software Product- Rick Case Auto Group

| Annual Software License and Maintenance Support | Price per Rooftop per Month | Discount Per Rooftop per Month | Total Cost Per Rooftop per Month | Notes |
|---|---|---|---|---|
| Annual Dealer License & per Rooftop per month | $   525 | N/A | $525 | License agreement start date for maintenance purposes starts on June 27, 2016. |

| Professional Service Fees | Price | Discount | Total Cost | Notes |
|---|---|---|---|---|
| Professional Services Fee, per Hour | $350 | N/A | $350 | |

**PAYMENT TERMS:**

**One Time SOW Migration/Upgrade to CDK Drive**
Payment upon Signing License & Maintenance Support Agreement and Oder Form
- $21,400

**Monthly Software License and Maintenance Fees**
Billed per month and payment due upon receipt of invoice which is invoiced 15 days prior of monthly billing
- **$525 per Rooftop per Month; total monthly cost is $7,875**
- **5% discount if invoices paid on a quarterly basis and on the date of invoice received**

| Agreed to:<br>**Integrated Vehicle Solutions Group LLC** | Agreed to:<br>**Rick Case Auto Group** |
|---|---|
| By: | By: |
| Name: Peter leger | Name: |
| Title: CEO | Title: |
| Date: | Date: |

 © 2016 Integrated Vehicle Solutions Group LLC (IVSG). All Rights Reserved        Version 1 2016



# Integrated Vehicle Solutions Group LLC (IVSG)
## IVSG Order Form Software Product- Rick Case Auto Group

<u>Attachment:</u> **Statement of Work-Rick Case Migration Upgrade to CDK Drive for IVSG DPG/Manager Helpers Programs- June 27, 2016**
Outlined below is the project scope, programming, timetable and budget to complete the Rick Case migration/upgrade from CDK Web Suite to CDK Drive to effectively include all IVSG DPG/Manager Helper programs that were installed and used by the 15 store locations (Approximately 159 Programs/1,400 User Logons-Appendix). This project scope will be prioritized by most important programs/store locations.

Jon Brems -VP Custom Programming CDK confirmed to IVSG that the above IVSG DPG/Manager Helper programs would be organized and available under the designated IVSG v3ivsg –U CDK account with all of the programs to be carried over to CDK Drive for re-compilation by IVSG (similar environment to CDK Web Suite).

## Project Scope
1. Gain Access to Rick Case CDK Drive with IVSG credentials (Current status 6/18/16 - IVSG Credentials are invalid and login is locked)
2. Restore Programming Libraries and create IVSG Data structures (If CDK cannot restore them)
3. Verify all V3IVSG-U DPG File structures are migrated and intact
4. Catalog and compile all primary IVSG DPG/Manager Helpers Programs in v3ivsg –U CDK account and outlined in detail in Appendix A
5. Catalog and compile all secondary IVSG DPG/Manager Helpers Programs in v3ivsg –U CDK account and outlined in detail in Appendix A
   a. RCBPLIB -> programs used to override standard IVSG programming
   b. TOGBPLIB -> programs used to override standard IVSG programming
6. Deploy DPG / IVSG programming pointers across all Rick Case Accounts (DPG versions only)
7. Manually deploy each overridden program to Rick Case Accounts (Currently over 1,400 programs across all Rick Case accounts-15 stores/logons)
8. Verify 'local' (files residing specifically in non V3IVSG-U account) custom files are migrated across.  Will need to work with CDK to migrate any missing files.
9. Using Rick Case provided login for all accounts, each user menu function (IVSG, AMH, SMH etc.) will need to be run and each program (and all its functions) will need to be tested for basic operation and functionality prior to setting into production mode.
10. Any programming case by case by program required based on issues with the re-compilation steps

## Project Timetable
- **<u>6/10/16</u>-Start Date**: -Pre-Migration/Upgrade Activity --Discovery & Organizing (Cut Over date to CDK Drive-6/13/16)
  - o IVSG access to new CDK Drive server had major delays-6/14 to 6/18
    - ▪ IVSG access credentials were changed **<u>despite</u>** CDK confirming they hadn't; major time trying to gain access during week 6/13

 © 2016 Integrated Vehicle Solutions Group LLC (IVSG). All Rights Reserved Version 1 2016

 **IVSG**

## Integrated Vehicle Solutions Group LLC (IVSG)
### IVSG Order Form Software Product- Rick Case Auto Group

- ▪ Many hours wasted trying to gain access on 6/18; full successful access provided only late 6/18—very inefficient and should have been established pre-cut off to CDK Drive by CDK
  - ○ CDK did not migrate the full suite of IVSG DPG/Manager Helpers **despite** confirming they did—another major delay
- **6/19-6/30-Major Activity: Cataloguing, Re-Compiling and Testing**
  - ○ Each 140+ programs in order of requested priority (SWC;CIS etc.) requires separate and detailed analysis to re-compile to CDK Drive(Major time effort)
- **6/19-7/10-Deploy and Test**
  - ○ The deployment schedule will incorporate the prioritized list of DPG/Manager Helper programs to be installed
  - ○ A phasing schedule will be created and coordinate with Rick case and user community
- **6/19-7/10-Programming**
  - ○ Any required programming to ensure the DPG/Manager Helpers conform with CDK Drive programming standards and protocols(maybe different to CDK Web Suite)

**Project Budget/Actual Incurred Through 6/26/16**

| Project Category | Estimated Hours | Cost-T&M Rate $158/Hr.(Market Rate $375/Hr.)-42% Discount |
|---|---|---|
| 1. **Discovery and Organizing** Programs Pre-Migration Including Back of programs | • 18 hrs. | • $2,800 |
| 2. **Cataloging ,Re-Compiling and Testing** | • 71 hrs. | • $11,174 |
| 3. **Deploy and Test** | • 33hrs. | • $5,214 |
| 4. **Project Management** | • 14 hrs. | • $2,212 |
| 5. **Programming Required** | • As Needed | • Per / hr. |
| 6. **Total** | • 136 hrs. | • $21,400 |

**Payment Terms**
1. Total Estimated Cost –$21,400
   a. 100% Upon Invoice Receipt
2. Programming costs additional

 © 2016 Integrated Vehicle Solutions Group LLC (IVSG). All Rights Reserved Version 1 2016



**Integrated Vehicle Solutions Group LLC (IVSG)**
**IVSG Order Form Software Product- Rick Case Auto Group**

Addendum for Additional Stores and Users:

**The Remainder of this Page is Left Intentionally Blank**

© 2016 Integrated Vehicle Solutions Group LLC (IVSG). All Rights Reserved
Version 1 2016